648

No. 650. SCHRIBER-SCHROTH Co. *v.* CLEVELAND TRUST Co. ET AL.;

No. 651. ABERDEEN MOTOR SUPPLY Co. *v.* SAME; and

No. 652. F. E. ROWE SALES Co. *v.* SAME. March 25, 1940. Motion to consider the petition for writs of certiorari on a reduced number of copies of the record, and petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit, granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. *Messrs. John H. Bruninga* and *John H. Sutherland* for petitioners. *Messrs. Arthur C. Denison, F. O. Richey, Wm. C. McCoy,* and *Milton Tibbetts* for respondents.

No. 733. DECKERT ET AL. *v.* INDEPENDENCE SHARES CORP. ET AL.; and

No. 734. SAME *v.* PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES AND GRANTING ANNUITIES. March 25, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Harry Shapiro* for petitioners. *Messrs. Frank Rogers Donahue, George M. Ke'vlin,* and *Robert F. Irwin, Jr.* for Independence Shares Corp. et al.; and *Mr. Walter Biddle Saul* for the Pennsylvania Co.,— respondents.

No. 752. BORCHARD ET AL. *v.* CALIFORNIA BANK ET AL. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. William Lemke* and *Lloyd S. Nix* for petitioners. *Messrs. Thomas W. Henderson, Jr.* and *Chas. E. Donnelly* for respondents.